## POWELL *v.* WESTERN STAGE COMPANY.

Where judgment was rendered against a defendant, by a justice of the peace, from which he appealed, and in the District Court, at the time the jury was being called, the defendant offered to pay the plaintiff ten dollars, which was refused; and where the plaintiff obtained a judgment for ten dollars, the amount proffered by the defendant, which was a less sum than that recovered before the justice, and the court thereupon ordered the plaintiff to pay the costs of the defendant; *Held*, That by section 2346 of the Code, the defendant was required to proffer to pay a certain amount, *with costs;* and that not having done so, and the sum proffered being the amount the plaintiff finally recovered, the plaintiff was entitled to a judgment for the verdict, with costs.

*Appeal from the Polk District Court.*

PLAINTIFF obtained a judgment before a justice of the

peace, from which defendants appealed to the District Court. Before that court, the defendants offered to pay plaintiff ten dollars, at the time the jury was being called, but no testimony was offered on the trial to establish said proffer. The plaintiff obtained a judgment for ten dollars, which was a less sum than that recovered before the justice. The court thereupon ordered plaintiff to pay the costs of defendants, because he had recovered a less sum than that recovered before the justice, and because he had refused to take the ten dollars offered, to which plaintiff excepted. He now appeals, and assigns this ruling for error.

*T. Brown*, for the appellant.

*J. E. Jewett*, for the appellees.

WRIGHT, C. J.—This case involves the construction of sections 2345 and 2346 of the Code, which provide that the appellant must pay the costs of the appeal, unless he obtains a more favorable judgment than that from which he appealed; and that if the judgment below is against the appellant, he may proffer to pay a certain amount, with costs, and if the final amount recovered, be less favorable to the appellee than such proffer, he shall pay the costs of appeal.

Construing these two sections in connection, there can be but little doubt, that the plaintiff was entitled to his judgment for full costs. The first section refers to those cases, where the appellant appeals from a judgment in his favor before the justice, and not when there is a judgment against him. If the judgment is against him, he can provide against subsequent costs, by making the proffer provided for in the second section. In this case, the defendants did not recover a judgment before the justice, and they are not therefore aided by the first section. But they appeal, and under the second section make what is called a proffer to pay. This, however, was not sufficient to entitle them to costs, for the reason that by this section they are required to proffer to pay a certain amount, *with costs*. This they did not do, but proffered only

the sum for which the plaintiff finally recovered. The plaintiff was entitled to his judgment for the amount of the verdict, as also his costs.

Judgment reversed.